FILED
United States District Court
Albuquerque, New Mexico

Erik Paltrow
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

    vs.                                                                No. 1:26-mj-03278

MICHAEL KENNETH THOMPSON,

      Defendant.

## ORDER TOLLING SPEEDY TRIAL COMPUTATION

The Court, having reviewed Defendant's *Unopposed Motion to Continue Grand Jury Presentment* (ECF No.), finds the ends of justice served by allowing the request to toll the speedy indictment computation for an additional period of 14 days outweigh the interests of the defendant and the interest of the public in a speedy indictment. The Court finds that tolling the speedy indictment computation will substantially increase the likelihood of the parties reaching a settlement in this case that would avoid the need for a trial. The Court expressly finds that the public's interest in a speedy indictment is outweighed by (1) the public's interest in a reasonably expeditious resolution of the case; (2) the public's interest in relieving the burden that would be placed on judicial, prosecutorial, defense, and law enforcement resources if the case proceeded to trial; and (3) the potential benefit

conferred upon the defendant in an expedited resolution of the case.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that a period of time not to exceed an additional 90 days, for a total of 120 days, is hereby excluded from the computation of a speedy indictment pursuant to 18 U.S.C. § 3161 (b) and (h)(7)(A). **The new deadline to present this case to a grand jury is hereby continued to October 27, 2026.**

_____
UNITED STATES MAGISTRATE JUDGE